GERRY W. COLGROVE, as Administrator of the Estate of ARION MASON, Deceased, et al., Respondents, *v.* BESSIE A. SMITH, Appellant.

(Argued December 4, 1929; decided January 7, 1930.)

*Mc Kinley L. Phillips* for appellant.

*Gerald A. Herrick* and *Benjamin S. Dean* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.